UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **DONALD ASHLEY, JR.** | **CIVIL ACTION NO. 24-824-P** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **B. POOL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 12] previously filed herein, and after an independent review of the record, noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**MONROE, LOUISIANA**, on this 25th day of February 2025.

*/s/ Terry A. Doughty*
**TERRY A. DOUGHTY, JUDGE**
**UNITED STATES DISTRICT COURT**